IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CHELSEA COX, on behalf of herself and all others similarly situated,** : | |
| : | |
| Plaintiff, : | Case No. 2:19-cv-01688 |
| : | |
| v. : | Chief Judge Algenon L. Marbley |
| : | |
| **TEXAS ROADHOUSE MANAGEMENT CORP.** : | Chief Magistrate Judge Deavers |
| : | |
| Defendants. : | |

**ORDER**

This matter comes before the Court on Defendant's Motion to for Leave to File Settlement Agreement, Related Settlement Documents, and Approval Papers Under Seal, pursuant to Local Rule 5.2.1(a). (ECF No. 79). The Defendant argues that there are compelling reasons to file under seal, such as the unsettled nature of tip credit law and the materiality of the settlement agreement's confidentiality provision, and the request is narrowly tailored, such that the public interest is outweighed. (*Id.*). Plaintiff Cox does not oppose the motion. (*Id.* at 5). For these reasons and good cause shown, the Defendant's Motion is **GRANTED**. The Settlement Agreement, related settlement documents, and approval papers may be filed under seal.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** July 1, 2021